THE LAW OFFICE OF JEFF CHABROWE
261 Madison Avenue, 12th Floor New York, NY 10016 | Tel. 917.529.3921 | F 212.736.3910

December 18, 2019
via ECF

Hon. Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: U.S. v. Iorhemba Asan Jr. et al.; 19-mag-10177 (UA)**

Your Honor,

We represent Mr. Charles Ogozy in the above-referenced matter. We respectfully request that our client be allowed to travel to Detroit on December 21, 2019 and return on December 28, 2019. At this time, we also formally withdraw our request for the removal of Mr. Ogozy's ankle bracelet.

Mr. Ogozy has purchased train tickets to travel to be with family in Detroit for the holidays. *See Defendant's Exhibit A, Amtrak eTICKET*. His train to Detroit is scheduled to depart on December 21, 2019 a.m. and his train back to New York is scheduled to arrive in New York on December 29, 2019 at 4:30 p.m. *See Id.* We respectfully ask that Mr. Ogozy be allowed to make this trip.

Pretrial Services reports that Mr. Ogozy has been fully compliant with the conditions of his release. AUSA Sagar Ravi consents this request so long as Mr. Ogozy remains on the bracelet.

Thank you for your time and consideration.

12/19/19
Application granted.
Before Mr. Ogozy travels to Detroit, he must provide the following to Pretrial Services Officer Kelly Fernandez:
1) the address in Detroit where he will reside;
2) the telephone number at the address where he will reside; and
3) his travel itinerary.
SO ORDERED:
Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully,

Jeffrey Chabrowe

Jeff Chabrowe, Esq.
*Counsel for defendant Ogozy*
cell 917-529-3921
email jeff@chabrowe.com

Attn: Clerks Office
Southern District of New York

Enclosed, please find a filing for a defendant who has not yet been assigned a Magistrate Judge.

Thank you.

# EXHIBIT A





# eTicket

**PRESENT THIS DOCUMENT FOR BOARDING**

RESERVATION NUMBER 6C75E0



RES# 6C75E0-17DEC19

# NWK ➤ DET Round-Trip

NEWARK PENN STA, NJ — DETROIT, MI — DECEMBER 21, 2019

## Depart

| | | | Departs | Arrives |
|---|---|---|---|---|
| TRAIN 143 | NORTHEAST REGIONAL Dec 21, 2019 | NEWARK (PENN STATION) - WASHINGTON 1 Business Class Seat | 10:04 AM | ARRIVES (Sat Dec 21) 1:21 PM |
| TRAIN 29 | CAPITOL LIMITED Dec 21, 2019 | WASHINGTON - TOLEDO 1 Reserved Coach Seat | 4:05 PM | ARRIVES (Sun Dec 22) 5:08 AM |
| BUS 6049 | AMTRAK THRUWAY CONNECTING SERVICE Dec 22, 2019 Operated by TRINITY TRANSPORTATION | TOLEDO - DETROIT 1 Reserved Thruway Seat | 6:30 AM | ARRIVES (Sun Dec 22) 7:35 AM |

## Return

| | | | Departs | Arrives |
|---|---|---|---|---|
| BUS 6048 | AMTRAK THRUWAY CONNECTING SERVICE Dec 28, 2019 Operated by TRINITY TRANSPORTATION | DETROIT - TOLEDO 1 Reserved Thruway Seat | 9:30 PM | ARRIVES (Sat Dec 28) 10:35 PM |
| TRAIN 30 | CAPITOL LIMITED Dec 28, 2019 | TOLEDO - PITTSBURGH (UNION STATION) 1 Reserved Coach Seat | 11:49 PM | ARRIVES (Sun Dec 29) 5:05 AM |
| TRAIN 42 | PENNSYLVANIAN Dec 29, 2019 | PITTSBURGH (UNION STATION) - NEWARK (PENN STATION) 1 Business Class Seat | 7:30 AM | ARRIVES (Sun Dec 29) 4:30 PM |

PASSENGERS (1)

OGOZY, CHARLES ADULT

AMTRAK GUEST REWARDS

No member number provided. Join at Amtrak.com

**Proper identification is required for all passengers.** This document is valid for only passengers listed. See www.amtrak.com/ID for details.

IMPORTANT INFORMATION

- For passenger safety the boarding gate at Washington Union Station will close two minutes prior to train departure time.

- **eTickets for Reserved services** are valid only for the specific train number, date and accommodation type booked.
- When should you arrive at the station? Check the recommended arrival times for your departure station at Amtrak.com/stations. Allow additional time if you require ticketing/baggage services or boarding assistance, or if you are boarding at a Canadian station.
- Tickets are non-transferable. They are valid only for the personal use of the passenger(s) named on the ticket.
- For Amtrak travel information, or to make adjustments to your travel plans, please visit Amtrak.com, or call 1-800-USA-RAIL (1-800-872-7245).
- Your printed eTicket travel document shows the services you booked. If you change your booking but do not reprint the document, it will not reflect your current itinerary. You may obtain an updated copy of your eTicket at Amtrak.com. At some stations, a gate agent may need to view your eTicket prior to boarding (learn more at Amtrak.com/boarding).
- Changes to your itinerary may affect your fare. Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. For more information please visit Amtrak.com/changes.
- Carry-on baggage is limited to 2 personal items, 14x11x7" / 25lbs per item, and 2 bags, 28x22x14" / 50lbs per bag, per passenger. **You may be charged a baggage fee or denied boarding if your items exceed these limitations.** See the baggage policy at Amtrak.com/baggage.
- Check the departure board or ask a uniformed Amtrak employee to find out where to board your train.
- **If You See Something Say Something! Contact Amtrak Police at 1-800-331-0008 or Text to APD11 (27311).**

* * * Journal ( Dec. 18. 2019 4:28PM ) * * *

1)
2)

⟨ TX ⟩

| Date | Time | Destination | Mode | TXtime | Page | Result | User Name | File No. |
|---|---|---|---|---|---|---|---|---|
| Dec. 10. | 3:00PM | 916023227209 | G3TSM | 3'11" | P. 8 | OK | | 3756 |
| Dec. 13. | 5:40PM | 916023227209 | G3TSM | 3'00" | P. 8 | OK | | 3794 |

⟨ RX ⟩

| Date | Time | Sender | Mode | RXtime | Page | Result | User Name | File No. |
|---|---|---|---|---|---|---|---|---|
| Nov. 14. | 11:16AM | 212 481 8250 | G3RES | 0'35" | P. 2 | OK | | 3584 |
| | 11:19AM | 212 481 8250 | G3RES | 0'35" | P. 2 | OK | | 3586 |
| | 4:58PM | 718 625 6837 | G3RES | 0'57" | P. 1 | OK | | 3588 |
| | 5:29PM | | G3RES | 0'25" | P. 2 | OK | | 3590 |
| Nov. 15. | 2:50PM | | G3RS | 0'53" | P. 2 | OK | | 3595 |
| Nov. 19. | 11:04AM | 212 571 0392 | G3RES | 0'24" | P. 2 | OK | | 3608 |
| Nov. 20. | 7:17AM | | G3RS | 1'02" | P. 1 | OK | | 3611 |
| | 1:56PM | Ny Main Fax | G3RES | 0'40" | P. 4 | OK | | 3619 |
| Nov. 21. | 9:38AM | | G3RES | 0'25" | P. 2 | OK | | 3626 |
| Nov. 22. | 12:36PM | 845 369 7383 | G3RED | 0'52" | P. 3 | OK | | 3631 |
| | 3:43PM | 718 618 0140 | G3RES | 0'37" | P. 2 | OK | | 3635 |
| Nov. 25. | 10:56AM | 212 571 0392 | G3RES | 0'36" | P. 2 | OK | | 3639 |
| | 11:00AM | 212 571 0392 | G3RES | 0'29" | P. 2 | OK | | 3643 |
| | 1:37PM | | G3RES | 0'18" | P. 1 | OK | | 3648 |
| | 7:24PM | | G3RS | 0'39" | P. 1 | OK | | 3655 |
| Nov. 26. | 10:42AM | Brian Almodovar | G3RES | 0'53" | P. 4 | OK | | 3659 |
| | 10:52AM | Brian Almodovar | G3RES | 0'41" | P. 4 | OK | | 3661 |
| | 10:56AM | 2129423900 | G3RES | 0'22" | P. 2 | OK | | 3663 |
| Nov. 27. | 11:48AM | Brian Almodovar | G3RES | 0'46" | P. 4 | OK | | 3670 |
| | 2:03PM | 212 571 0392 | G3RES | 0'33" | P. 2 | OK | | 3675 |
| Dec. 2. | 3:08PM | | G3RS | 0'48" | P. 1 | OK | | 3692 |
| | 5:12PM | 19179708158 | G3RED | 1'10" | P. 2 | OK | | 3694 |
| Dec. 3. | 9:50AM | | G3RES | 0'28" | P. 2 | OK | | 3698 |
| | 11:54AM | | G3RES | 0'22" | P. 1 | OK | | 3701 |
| Dec. 4. | 10:48AM | | G3RES | 0'23" | P. 2 | OK | | 3715 |
| Dec. 5. | 2:57PM | 12125710392 | G3RES | 0'50" | P. 3 | OK | | 3729 |
| Dec. 6. | 3:57PM | 12125710392 | G3RES | 0'50" | P. 3 | OK | | 3734 |
| Dec. 9. | 10:29AM | | G3RES | 0'35" | P. 1 | OK | | 3744 |
| | 1:57PM | 212 571 0392 | G3RES | 0'34" | P. 3 | OK | | 3748 |
| | 3:36PM | 212 571 0392 | G3RES | 0'27" | P. 2 | OK | | 3750 |
| Dec. 10. | 12:30PM | | G3RS | 0'59" | P. 1 | OK | | 3753 |
| | 3:45PM | 2122937224 | G3RED | 0'27" | P. 1 | OK | | 3759 |
| Dec. 11. | 5:12PM | | G3RD | 1'25" | P. 2 | OK | | 3766 |
| Dec. 12. | 9:58AM | | G3RES | 0'28" | P. 2 | OK | | 3768 |
| | 11:55AM | | G3RD | 7'41" | P. 9 | OK | | 3775 |
| Dec. 13. | 3:06AM | | G3RS | 0'39" | P. 1 | OK | | 3780 |
| | 9:37AM | 212 571 0392 | G3RES | 0'32" | P. 2 | OK | | 3783 |
| | 11:33AM | 718 625 6837 | G3RES | 0'58" | P. 1 | OK | | 3785 |
| | 11:39AM | 718 625 6837 | G3RED | 1'00" | P. 1 | OK | | 3787 |
| | 12:09PM | 9732394310 | G3RES | 0'30" | P. 2 | OK | | 3789 |
| | 2:49PM | 212-951-1302 | G3RED | 0'58" | P. 2 | OK | | 3793 |
| | 6:51PM | | G3RD | 6'38" | P. 9 | OK | | 3796 |
| Dec. 16. | 1:38PM | 212-951-1302 | G3RED | 0'55" | P. 2 | OK | | 3799 |
| | 4:19PM | | G3RS | 0'41" | P. 1 | OK | | 3801 |
| Dec. 17. | 1:03PM | | G3RS | 0'35" | P. 1 | OK | | 3807 |
| | 1:24PM | 7186364445 | G3RES | 0'15" | P. 1 | OK | | 3809 |
| Dec. 18. | 3:35PM | 12124814853 | G3RES | 0'17" | P. 1 | OK | | 3816 |
| | 4:25PM | | G3RS | 2'08" | P. 5 | OK | | 3818 |

TX Count 000468

RX Count 001401

# : Batch
M : Memory
S : Standard
) : Reduction
Q : RX Notice Req.
<-> : IP-FAX
C : Confidential
L : Send later
D : Detail
H : Stored/D. Server
A : RX Notice
(folder icon) : Folder
$ : Transfer
@ : Forwarding
F : Fine
* : LAN-Fax
N : NGN
P : SEP Code
E : ECM
U : Super Fine
+ : Delivery
(mail icon) : Mail

**GOLDBERGER & DUBIN, P.C.**
Attorneys at Law
401 Broadway, Suite 306
New York, New York 10013
212-431-9380
Fax: 212-966-0588
E-mail: gnd401@aol.com
Web Site: http://www.goldbergerdubin.com

# Fax transmittal

**To:** Magistrate

**Fax:** 212 805 4060

**From:** Edgar L. Fankbonner, Esq.

**Date:** 12/19/2019

**Re:** USA v. Bethune
Case No. 19-mj-10427

**Page:** 2, including cover sheet.

☑ BY FAX ONLY ☐ HARD COPY BY MAIL ☐ PLEASE REPLY ☐ CONFIDENTIAL
☑ As requested ☐ Please phone to discuss ☐ For your information ☐ Please sign & return
☐ For your consideration & approval ☑ Kindly acknowledge receipt ☐ Please review & advise

The information contained in this facsimile message is privileged and confidential and is intended for the use of the individual named above and others who have been specifically authorized to receive such information. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please notify me immediately by telephone at the above number.

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

The United States of America
*Plaintiff*
v.
Dareece Bethune
*Defendant*

Case No. 19-mj-10427

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dareece Bethune.

Date: 12/11/2019

/s/ Edgar L. Fankbonner
*Attorney's signature*

Edgar L. Fankbonner, SDNY No. EF2713
*Printed name and bar number*

Goldberger & Dubin, PC
401 Broadway, Suite 306
New York, New York 10013
*Address*

fankbonner@gmail.com
*E-mail address*

(212) 431-9380
*Telephone number*

(212) 966-0588
*FAX number*

**Marcos Quintero**

**From:** Ravi, Sagar (USANYS) <Sagar.Ravi@usdoj.gov>
**Sent:** Thursday, December 19, 2019 12:20 PM
**To:** Marcos Quintero
**Cc:** jchabrowe@gmail.com
**Subject:** RE: 19 Mag. 10177 - Charles Ifeanyi Ogozy

Marcos I'm sorry for the confusion – I meant to say below that we do NOT oppose the request for travel, as was indicated in the defendant's letter.

**From:** Ravi, Sagar (USANYS)
**Sent:** Thursday, December 19, 2019 12:06 PM
**To:** Marcos Quintero <Marcos_Quintero@nysd.uscourts.gov>
**Cc:** jchabrowe@gmail.com
**Subject:** RE: 19 Mag. 10177 - Charles Ifeanyi Ogozy

I can be available then. Can you or Mr. Chabrowe please provide me with a copy of the defendant's request, which was not sent to the Government?

**From:** Marcos Quintero <Marcos_Quintero@nysd.uscourts.gov>
**Sent:** Thursday, December 19, 2019 12:02 PM
**To:** Ravi, Sagar (USANYS) <SRavi@usa.doj.gov>
**Cc:** jchabrowe@gmail.com
**Subject:** RE: 19 Mag. 10177 - Charles Ifeanyi Ogozy

Good Afternoon,

Judge Fox has informed me that we should schedule a bail hearing regarding Mr. Chabrowe's request to modify his bail to allow him to travel. Tomorrow at 11:30 AM is available.

Thank you
Marcos

**From:** Ravi, Sagar (USANYS) <Sagar.Ravi@usdoj.gov>
**Sent:** Thursday, December 19, 2019 11:22 AM
**To:** Marcos Quintero <Marcos_Quintero@nysd.uscourts.gov>
**Subject:** Re: 19 Mag. 10177 - Charles Ifeanyi Ogozy

We do oppose the travel for the holidays.

Sent from my iPhone

On Dec 19, 2019, at 11:21 AM, Marcos Quintero <Marcos_Quintero@nysd.uscourts.gov> wrote:

> Sagar,
>
> Mr Chabrowe has submitted a letter requesting permission to travel for Mr Ogozy. Judge Fox wants to confirm the government does not oppose.