UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

UNITED STATES OF AMERICA          :

                                                          :

                v.                                       :

                                                            :

CHARLES IFEANYI OGOZY,            :

                                                            :

                            *Defendant.*           :

---------------------------------------------------------X

☐ ORIGINAL

**Affirmation in Support of Application for an Order of Continuance**

**19 Mag. 10177**

State of New York                      )
County of New York              ) ss.:
Southern District of New York  )

       Sagar K. Ravi, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

       1.     I am an Assistant United States Attorney in the Office of Geoffrey S. Berman, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A). This is the second order of continuance that has been sought. Andrew Dember, Deputy Chief of the Criminal Division of the U.S. Attorney's Office for the Southern District of New York, has approved this request.

       2.     The defendant CHARLES IFEANYI OGOZY was charged with violations of Title 18, United States Code, Sections 371, 1349, and 1956 in a Complaint dated October 29, 2019. The defendant was arrested and presented before Magistrate Judge James L. Cott on October 31, 2019. The defendant was released on a $250,000 personal recognizance bond co-signed by two financially responsible persons, home detention with electronic monitoring, and

other standard conditions of release. Jeffrey Chabrowe, Esq. has been retained as defense counsel.

3. Under the Speedy Trial Act, the Government initially was required to file an indictment or information on or before December 2, 2019. On December 2, 2019, Magistrate Judge Barbara C. Moses entered an Order of Continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A), extending the time within which an indictment or information would otherwise have had to be filed in this case for 30 days until January 2, 2020.

4. Mr. Chabrowe and I are engaged in discussions concerning a possible disposition of this case and are continuing discussions concerning a possible disposition of this case. The negotiations have not been completed, and we plan to continue our discussions but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on January 2, 2020.

5. Therefore, the Government is requesting a 30-day continuance until February 3, 2020 to continue the aforementioned discussions and reach a disposition of this matter. I have personally communicated with defense counsel and he consents to this request.

6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
Janaury 2, 2020

*[signature]*

SAGAR K. RAVI
Assistant United States Attorney
(212) 637-2195