```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :

    -against-
                                    :     ORDER 1:19-mj-10177-UA-2
    Charles Ifeanyi Ogozy                         :

                                    :     Defendant

                                    :
------------------------------------X
```

Sarah Netburn, United States District Judge:

ORDERED that the defendant's conditions of release be modified to include substance abuse testing/ treatment as well as mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
       February 3, 2020

SO ORDERED

_____
Sarah Netburn
United States Magistrate Judge