```
UNITED STATES OF AMERICA            :

                                    :


        -against-
                            :              ORDER 1:19-mj-10177-UA-2
        Charles Ifeanyi Ogozy                       :

                            :              Defendant

                            :
------------------------------------X
```

Sarah L. Cave, United States District Judge:

ORDERED that the defendant's conditions of release be modified to include substance abuse testing/ treatment as well as mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
       March 24, 2020

                                    SO ORDERED


                            _____
                            Sarah L. Cave
                            United States Magistrate Judge