```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :

    -against-
                                    :      ORDER 1:19-mj-10177-UA-2
    Charles Ifeanyi Ogozy            :

                                    :           Defendant

                                    :
------------------------------------X
```

Sarah L. Cave, United States District Judge:

ORDERED that the defendant's conditions of release be modified to remove home detention enforced by GPS monitoring . All other conditions to remain in effect.

Dated: New York, New York
       March 30, 2020

                                        SO ORDERED

                                        _____
                                        Sarah L. Cave
                                        United States Magistrate Judge